## *United States District Court*

**SOUTHERN**    **DISTRICT OF**    **FLORIDA**

FILED by _____ D.C.
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA

V.

ADRIANO MARTINEZ

**WARRANT FOR ARREST**

**CASE NUMBER:**

**00-6360**

**CR - DIMITROULEAS**
MAGISTRATE JUDGE
**SNOW**

**TO:**    **The United States Marshal**
      **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ **ADRIANO MARTINEZ** _____
                                                                                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title _18_ United States Code, Sections _____ 371; 659 and 2 _____

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12/19/00 Ft. Lauderdale, Fl
Date and Location

Bail fixed at $100,000 CSB

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |