UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff | CASE NO. 00-6360 |
| v. | |
| ADRIANO MARTINEZ | REPORT COMMENCING CRIMINAL ACTION |
| Defendant | 44770404 |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 12/22/00 @ 5:20 AM
2. Spoken Language: Spanish
3. Offense(s) charged: T 18 USC 659 and 2 ; 371
4. U.S. Citizen  ☐ YES  ☑ NO  ☐ UNKNOWN
5. Date of birth: 7/1/40
6. Type of charging document: (Check One)
   ☑ INDICTMENT    ☐ COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6360    CASE NO. _____
   DISTRICT: SD FL    (Where warrant or complaint is filed.)
   ☐ BENCH WARRANT FOR FAILURE TO APPEAR
   ☐ PROBATION VIOLATION WARRANT
   ☐ PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: ☑ YES  ☐ NO
   AMOUNT OF BOND: _____
   WHO SET BOND: _____
7. REMARKS: _____

8. DATE: 12/22/00
9. JAMES OWENS
   ARRESTING OFFICER
10. AGENCY: FBI
11. 305-944-9101
    PHONE NO.

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA DONALD F. CHASE, II

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
V.
ADRIANO MARTINEZ

**WARRANT FOR ARREST**

CASE NUMBER: 00-6360-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ADRIANO MARTINEZ

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections 371; 659 and 2

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12/19/00 Ft. Lauderdale, FL
Date and Location

Bail fixed at $100,000 CSB

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above defendant at

DATE RECEIVED

NAME AND TITLE OF ARRESTING OFFICER

SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 12-20-00