koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. __00-6360-CR-DIMITROULEAS/LLS__
(SEALED)

UNITED STATES OF AMERICA

**ORDER ON INITIAL APPEARANCE**

Plaintiff,

Language __SPANISH__
Tape No. 00FX- _154-69_

v.

AUSA __Don Chase__
Agent __FBI- JAMES OWENS__
(305) 944-9101

ADRIANO MARTINEZ

Defendant.
_____/

DOB: 7-1-40
Reg # 66770-004

The above-named defendant having been arrested on __12-22-00__ having appeared before the court for initial appearance on __12-26-00__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
2. __Stephen Golembe__ appointed as permanent counsel of record. _CJA_
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____ _11am 01/04_, 2000.1
4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am_ _in Ft Laud_, 2000.1
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   _Courtrec $50K 10% w/ nebbia - tempory bond set_
   _No hearing held._

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
__a. Surrender all passports and travel document to the Pretrial Services Office.
__b. Report to Pretrial Services as follows:__times a week by phone, __time a week in person;

   other: _____
c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
__d. Maintain or actively seek full time gainful employment.



ADRIANO MARTINEZ

\_\_e. Maintain or begin an educational program.
\_\_f. Avoid all contact with victims of or witnesses to the crimes charged.
\_\_g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
\_\_h. Comply with the following curfew: _____
\_i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
\_\_j. Comply with the following additional special conditions of this bond:

This bond was set: At Arrest _____
                  On Warrant _____
                  After Hearing _____

   If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is \_\_\_

\_\_\_\_ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and  revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond  itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at Miami, Florida, this 26th day of DECEMBER 2000.

                                             _[signature]_
                                             **UNITED STATES MAGISTRATE JUDGE**
                                             **ANDREA M. SIMONTON**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation