## United States District Court

SOUTHERN  DISTRICT OF  FLORIDA

UNITED STATES OF AMERICA

V.

ADRIANO MARTINEZ

TO: **The United States Marshal and any Authorized United States Officer**

## WARRANT FOR ARREST

CASE NUMBER: 00-6360-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest __ADRIANO MARTINEZ__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections 371; 659 and 2

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $100,000 CSB w/ Nebbi

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

12/19/00 Ft. Lauderdale, FL
Date and Location

by BARRY S. SEITZER, U.S. Magistrate Judge
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Miami, FL

| DATE RECEIVED 12/19/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/22/00 | | Edward Purchase, SDUSM |