## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ADRIANO MARTINEZ (J) | CASE NO: | 00-6360-CR-DIMITROULEAS |
| AUSA: | DON CHASE _pre_ | ATTY: | STEPHEN GOLEMBE, ESQ. _pre_ |
| AGENT: | | VIOL: | |
| PROCEEDING: | ARRAIGNMENT / BOND HEARING | RECOMMENDED BOND: | $50,000 10% w/Nebbia |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | 50,000 N/bo | To be cosigned by: | |

FILED by
JAN 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order entered

Bond hrg held —
bond remains as
set — bond reduction
will be.

(Circle One)
Interpreter Required
No interpreter
Not Known

Spanish
(Specify Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | Jan 25 | 11 | LSS | |

DATE: 1/4/01   TIME: 11:00   FTL/LSS TAPE # 0/ - 001   Begin: 3/70   End: ~~3774~~

re-call 3927
and 01-002 end 675