```
REC'D by _____ D.C.
DKTG

    JAN  5 2001

  CLARENCE MADDOX
  CLERK U.S. DIST. CT.
  S.D. OF FLA. FT. LAUD.
```

FILED by D.C.
JAN 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

ADRIANO MARTINEZ

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 4, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address:_____
                        _____
                        Telephone:_____

DEFENSE COUNSEL:        Name:_____STEPHEN GOLEMBE, ESQ._____
                        Address:_____
                        _____
                        Telephone:_____

BOND SET/CONTINUED:     $ 50,000 / 10 %

Bond hearing held: yes  X    no____ Bond hearing set for_____

Dated this __4TH__ day of __JANUARY__, 2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. 01- 001
         01- 002

cc: Copy for Judge
    U. S. Attorney

