**COURT MINUTES**

FILED by ___
JAN - 9 2001
CLARENCE MADDOX
CLERK OF U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ADRIANO MARTINEZ (J)  CASE NO: 00-6360-CR-DIMITROULEAS

AUSA: DON CHASE *pres*  ATTY: STEPHEN GOLEMBE, ESQ. *pres*

AGENT:  VIOL:

PROCEEDING: BOND HEARING  RECOMMENDED BOND: 50,000 10% w/NEBBIA

BOND HEARING HELD - yes / no  *STIP*  COUNSEL APPOINTED:

BOND SET @: 10,000  10/10  To be cosigned by: *sister, wife & a*
100,000  PSB  *friend (Adella Cabrera)*

*property used as collateral*
❏ Do not violate any law.  *not to be encumbered.*

❏ Appear in court as directed.

✔ Surrender and / or do not obtain passports / travel documents.

✔ Rpt to PTS as directed / or _____ x's a week/month by phone, _____ x's a week/month in person.

❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❏ Maintain or seek full - time employment.

❏ No contact with victims / witnesses.

❏ No firearms.

❏ Curfew: _____  (Circle One)
Interpreter Request ✔
❏ Travel extended to: _____  No interpreter
Not Known
❏ Halfway House _____  Spanish
(Specify Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 1/9/01  TIME: 11:00  FTL/LSS TAPE # 01- 0 03  Begin: 756  End: 1057