UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PABLO ANAYA, et.al.,

Defendant.
_____/

CASE NO. 00-6360-CR-DIMITROULEAS

### ORDER DENYING WITHOUT PREJUDICE
### MOTION FOR CONTINUANCE OF TRIAL DATE

THIS CAUSE having come before this Court on Government's January 22, 2001 Motion

To Continue Trial [DE-104], and the Court noting that no proposed order, as required by Local

Rule 7.1A2 was provided, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED without

prejudice to renew at the Calendar Call. Mr. Chase need not be present; another prosecutor may

stand in for him.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

23 day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Don Chase, AUSA

Robert Berube, AFPD

Alexander John Michaels, Esquire
1507 N.W. 14th Street
Miami, FL 33125

Jorge E. Alonso, Esquire
800 Douglas Road, Suite #219
Coral Gables, FL 33134

Arnaldo Suri, Esquire
9745 S.W. 77th Street
Miami, FL 33173

Richard Moore, Esquire
White Building - Suite 200
1 N.E. 2nd Avenue
Miami, Fl 33132

Scott Sakin, Esquire
1411 N.W. North River Drive
Miami, FL 33125

Joel Hirschhorn, Esquire
2600 Douglas Road, Penthouse 1
Coral Gables, FL 33134

Stephen Golembe, Esquire
2601 S. Bayshore Drive, Suite #1400
Miami, FL 33133

Joel DeFabio, Esquire
2121 Ponce De Leon Boulevard, #430
Miami, FL 33134

Rene Palomino, Esquire
9555 N. Kendall Drive, #101
Miami, FL 33176