

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

ADRIANO MARTINEZ,

    Defendant.

_____/

## ORDER

THIS CAUSE having come on to be heard before me on the Defendant, ADRIANO MARTINEZ, Sealed Motion To Continue and after considering said motion it is hereby:

ORDERED AND ADJUDGED that this Motion is GRANTED and this matter is re-scheduled for trial on April 23, 2001, calendar call on April 20, 2001 at 9:00

DONE AND ORDERED, at Ft. Lauderdale, Broward Miami, Dade County Florida this 12 of February, 2001.

William P. Dimitrouleas
UNITED STATES DISTRICT COURT JUDGE

cc:    Stephen J. Golembe, Esq.
       Don Chase, AUSA