**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER  00-6360-Cr-WPD   DATE: April 20, 2001

COURTROOM CLERK: Deloris McIntosh    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: SPANISH

UNITED STATES OF AMERICA   VS.   ADRIANO MARTINEZ (B)

U.S. ATTORNEY: Donald Chase    DEFT. COUNSEL: Stephen Golembe

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Change of Plea
Deft pled guilty to Counts 2, 3 + 4
of the indictment

CASE CONTINUED TO: 6/29/01   TIME: 1:30   FOR: Sentencing

MISC: _____

197