

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

ADRIANO MARTINEZ,

    Defendant.

_____/

## ORDER

THIS CAUSE having come on to be heard before me on the Defendant, ADRIANO MARTINEZ, Motion To Extend The Time For Filing The Objection To The Pre-Sentence Investigation Report and after considering said motion it is hereby:

ORDERED AND ADJUDGED that this Motion is GRANTED and objections in this matter shall by filed by _June 19, 2001_____.

DONE AND ORDERED, at Fort Lauderdale, Florida this 12 of June, 2001.

                    William P. Dimitrouleas
                    UNITED STATES DISTRICT COURT JUDGE

cc:   Stephen J. Golembe, Esq.
      Don Chase, AUSA
      USPO, Sara Garcia

