## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS



CASE NUMBER: 00-6360CR-WPD    DATE: June 29, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Tracy Webb    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS.    Adriana Martinez

U.S. ATTORNEY: Bill Chase    DEFT. COUNSEL: Stephen Golembe

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence imposed:
on counts 2,3,4 : 3 years probation with
special condition that the first 6 months
one to be spent in home detention without
electronic monitoring. $182,855.92 Restitution
joint & several liability. No fine $300 Assessment
If ordered deported, the deft shall remain
outside the United States

CASE CONTINUED TO: _____ TIME: _____ FOR: _____
MISC: Deft Informed of Right to appeal.