

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
vs.                                    CASE NO. 00-6360-CR-DIMITROULEAS

ADRIANO MARTINEZ,
    Defendant.
_____/

## ORDER

THIS CAUSE having come on to be heard before me on the Defendant's

Motion to Discharge Bond and Motion for Disbursement of 10% Deposit and after

considering said motion it is hereby:

ORDERED AND ADJUDGED that this Motion is GRANTED and the Clerk

of this Court is ORDERED to disburse to Aida Martinez Seijas the cash bail in the

amount of $1,000.00, plus accrued interest, posted in this matter.

ORDERED, at Ft. Lauderdale, Broward ~~Miami, Dade~~ County Florida this 13 of August, 2001.

UNITED STATES DISTRICT COURT JUDGE

cc:  Stephen J. Golembe, Esq.
    Don Chase, AUSA
    Financial Services

283